May it please the court and counsel, my name is Kirk Schuller. I want to thank the court for appointing me to represent Mr. Gatwas, and I want to thank your honors for the opportunity to argue our briefs. Well, Mr. Schuller, we appreciate your service on the Criminal Justice Act, as I'm sure your client does. Thank you, Judge Loken. I intend to reserve five minutes for rebuttal. The question before this court is the meaning of the phrase, use without lawful authority under the aggravated identity theft statute, section 1028A. The circuits are split on its meaning, and it's largely a matter of first impression for this circuit. Mr. Gatwas is asking this court to find that use without lawful authority is a use that separates a person from their identity. And that separation can occur when someone steals your identity or when someone assumes your identity. Now, the act of stealing is simple. It's taking your identity, whether I'm picking your pocket or I'm hacking into your computer. Assuming your identity is doing something in your name. That could be when I forge someone's signature or when I tell the authorities that I am someone other than myself. Well, I don't understand. That doesn't sound consistent with Ritana. We are bound by Ritana. So I thought the only distinction I could see you were arguing is that the use has to be for the personal benefit of the defendant rather than a third party. But you apparently have a different distinction in mind. I do, Your Honor. And I think the Eighth Circuit case law, there's only two. It's Hines and Ritana. Those are the only two cases that come close to solving the situation before the court. And they're completely consistent with what I'm arguing here. Now, Ritana, that is a case, just like Hines, where the facts bear out that the person, the defendant, used a means of identification, another person's identity, to pass himself off as another person. And the operative language that the government wants to ignore from that case is what I'll quote right here. Ritana says, Hines then, and Hines is the predecessor, Hines then stands for the simple proposition that a person assigned a particular social security number does not possess the lawful authority to authorize other persons to represent that number as their own in order to commit other crimes. Well, that has to be too narrow. I 100% agree, and that's what the Eighth Circuit has said. No, no, no. I mean, your notion that it has to be used in a theft crime where the defendant is getting the money for himself or herself. If you use the identity, with or without permission, to use that person's identity for a criminal purpose, there's no lawful authority for that. Well, you're adopting the government's definition. Not quite. The government would just do it more breezily than I would. Well, I think what your Honor is focusing on is a benefit. And what I want your Honors to focus on is what the statute says is required to focus on, which is the means of identification. What is the means of identification? Here's what I had in mind. In reading Rotana, it quotes a Sixth Circuit case from 2010. Quote that a defendant's use of any social security number, including his own, to submit fraudulent credit applications must be without lawful authority is obvious. In other words, it doesn't say fraudulent credit application credit that the defendant wants. It's a fraudulent credit application for some purpose. It may be for the person whose identity is being assumed. Right. And if a person's identifiers are being assumed, I 100% agree. That is without lawful authority. The standard that I'm asking the court to adopt here is a separation standard. A means of identification identifies somebody. It is sacred to that person. When someone has used an identifier without lawful authority, they have broken that separation. There's a separation. I want to use hypotheticals here. I mean, if, with your permission, I use your social security number to file a fraudulent tax return for a third party, who then pays me 50% of the benefit wrongfully acquired from the treasury, and you and I then split the, we each get 25%. You're saying that's not aggravated identity theft? No, I'm saying it could be. Did you steal? Pardon? Did you steal? No, no. You and I conspired to fraudulently use your social security number to fraudulently obtain a tax benefit for a third party, who then pays us for that. Right. And if there wasn't a theft that occurred in order to get that means of identification, then that part of the standard that I'm suggesting is not met. That would not be aggravated identity theft. Well, wait a minute. Now you're into Hines. The permission of the person whose identity is misused, we have held, does not defeat the government's case. Hines is in the context of impersonating someone else. Consent does not matter if you give somebody else permission to use it. You're being impersonated by our client using your social security number at my behest for a fraudulent purpose. I can't imagine a situation that Congress more had in mind, which is my trouble with your statement of a broad rule. It doesn't fit cases where I think obviously the statute fits the crime, so to speak. Yeah. Well, and to be clear, I'm asking for a limited meaning of use without lawful authority, where the government's asking for a broader meaning. Now, if I take it back to your hypothetical, your hypothetical involves using a means of identification during and in relation to an enumerated felony. No doubt. That's the situation exactly here. But the means of identification that is used is not misrepresenting the person. The social security number, the name that's on that tax return, is identifying exactly who that person is. There's no separating that individual from their means of identification. The rule that I'm asking the court to adopt, which is supported by the plain text that I'll get into and the legislative history that I'll get into, is when without lawful authority means that that person is being separated from their identity. Mr. Gatliss was a tax preparer. He prepared tax returns that claimed false dependents that inflated taxpayers' returns, similar to the hypothetical that Judge Loken just described. The dependents were not false because they were misidentified. The dependents were false because the taxpayers were not allowed to claim them on their returns. Does your identity include relationship? No. Absolutely not. Why not? Because when I think identity, I think I'm a husband, grandfather, et cetera, et cetera, et cetera. My identity includes relationship. So tell me why that's not right. Because Congress said it wasn't. Means of identification. Section 1028A describes means of identification in the predecessor, section 1028. Means of identification is social security numbers, driver's license numbers, names, signatures. It is not relationships. I 100% agree that the relationship- But what about the word use with it? Well, use has a specific meaning. You can go to previous Supreme Court cases that defined Bailey, for example. It's not possession. It's not transfer. It's to actively employ. And you have to define use in conjunction with the statute, which is in relation to a means of identification. What is a means of identification? It's an identity. It's your identity. It is not your relationship. And Mr. Gatwiss misrepresented the relationship of these dependents to the taxpayers. That is fraud. Mr. Gatwiss is not challenging his fraud convictions. He is guilty, plain and simple, of tax fraud, wire fraud. But Mr. Gatwiss is not guilty of aggravated identity theft, and let me tell you why. The government wants you to adopt a definition of use without lawful authority as for an illegal purpose. In the common understanding, sure, that makes sense. And that's why you have circuits that have basically adopted it. That's why the government advocated that when they charged this case, why they tried it on that case, and why they're arguing it on appeal. But that cannot be the case for two simple reasons. Number one, the government's definition renders use without lawful authority completely unnecessary in the statute. Aggravated identity theft can only be committed if the use of a means of identification is during and in relation to an enumerated felony. Because we know that use during and in relation to an enumerated felony is always going to be for an illegal purpose. The statute cannot mean what the government says, because it's simply the same element then. There's two separate elements, use without lawful authority, use during and in relation to an enumerated felony. They have to be separate. The second reason the government's definition cannot be. But the problem is you can have the felony without the use of an identity. Then it's just fraud. If you have the same fraud perpetrated with the assistance or by reason of the use of an identity, that's an additional element. Absolutely. That is use during and in relation to an enumerated felony. No question. It was used here during and in relation to the tax fraud. I agree. The government agrees. Nobody disagrees with that. They met that element. That is an element of this offense. They met it. What they did not meet and what the statute requires is use without lawful authority. It's a separate element. And it cannot be the same thing as use during and in relation to an enumerated felony, because it's the same thing. Unless Congress was just redundant. Right, but Congress can't be redundant, because the courts say, we're not going to read statutes that way. And Congress has to speak in clearer terms than being redundant. The second reason. I'm not sure any Supreme Court justice has ever gone that far. Well, Justice Gorsuch, the Eighth Circuit's representative, just said this year that vague laws invite arbitrary power. That's exactly what I'm saying here. This is unconstitutionally vague. If circuits are split over it, it makes a difference that Ms. Bruner and I are arguing about it. That clearly doesn't mean that it's ambiguous. But if we have a circuit split over this, if your honors are still at a loss as to what this means, that's pretty powerful evidence that this is ambiguous. Now, I've already gone over my ten minutes, but I want to make one more point. The last case talked about 924C. I don't think it was involved to a great degree, but I was almost salivating back there when I heard that. Because 924C criminalizes the use or carrying of a firearm during and in relation to a crime of violence or a drug trafficking crime. Congress said in that statute, if you use a firearm during a relation to a crime of violence or a drug trafficking crime, you're guilty, period. In this statute, they said you have to use a means of identification during and in relation to an enumerated felony and without lawful authority. And this court has to determine what without lawful authority means. Your honors, I'd like to reserve the rest of my time. I don't think it's redundant. I mean, you use a social security number on a fraudulent tax return, but you report accurately and honestly the social security number, whether it's yours, your wife's, or your client's, because you're a tax preparer. On the other hand, if you use somebody else's social security number in order to perpetrate the fraud, that's different. One is using the ID with lawful authority. The other is not. Well, I would disagree with you there. I don't disagree that it's different. But again, the standard that I'm advocating for that I think is clear if we stick to the text is that you have to separate the person from the identity. And that can only occur if there's theft or if there's assumption. And in your hypothetical, if there wasn't theft proven or if there wasn't assumption proven, then it's non-aggravated identity theft. In this case, the government did not present any evidence that these means of identifications were stolen in the past or during the commission of the offense or that Mr. Gatt was assumed, either himself or another person, these dependence identifiers. Thank you, Your Honors. Thank you. Ms. Bruner. Good morning. May it please the Court. This Court should find consistent with its own holdings and that of nearly every other circuit to have addressed this issue that without lawful authority does encompass the use of a means of identification for an unlawful purpose. And that even if the Court today does not want to go that far, even under Mr. Gatt was his more restrictive definition, his conduct does meet the definition that he is attempting to put forth today. I won't belabor the point. I think Your Honors have already addressed it. But Rotana in the government's view decides this issue. As Justice Loken pointed out, that Court in its holding relied on the Sixth Circuit's case in Mobley where that defendant used his own Social Security number to submit false credit applications. And they found that that was aggravated identity theft. This separation of identity obviously does not occur in any way if you are using your own Social Security number. Similarly, cases like Dvorak from 2010 from the Eighth Circuit, although this issue wasn't in front of the Court at that time, that dealt with using names and dates of birth of children in order to submit false Medicaid claims. And there was no question in that case that that would apply as aggravated identity theft. When you look at the other circuits who have addressed this issue, they are overwhelmingly consistent with the possible exception of Baroa, which I'll address. For example, in the Eleventh Circuit in Zitron, a 2016 case, in that case the defendant used his son's personal identifying information in order to take out a credit card in his son's name. Consistently, the Fourth Circuit, the D.C. Circuit, the Fifth Circuit have found that if the defendant takes someone's means of identification and uses it for an unlawful purpose, that that is part of, that encompasses without lawful authority. Counsel, don't you end up redundant if you just say it's any illegal or improper purpose is what without lawful authority means? Isn't that just redundant with during and in relation to a felony? Tell me how it's not. It's not because during and in relation to a certain enumerated felony points out certain specific felonies that have their own elements and their own requirements to meet. It's similar to in this case, Mr. Gatwes was... You had a preface there that I, you mumbled. I had traveled here too. I apologize, Your Honor. What I was trying to say was that during and in relation to a certain enumerated felony lists out certain specific statutes that have to be met. So it does limit the scope of this statute. And while there may be some redundancy, it doesn't render without lawful authority superfluous. And I think that when we look at the six... Give me an example of why it doesn't. It doesn't... I can't deal with this statute without hypotheticals, frankly. I understand that, Your Honor. It doesn't because there are, there will be some offenses where aggravated identity theft does not apply. Well, give me one. This is my problem. You can't. Well, Your Honor, I don't know all the... I don't sitting here... Well, you should, but you're going to propose a test. You ought to think of the far ends of what's covered by your test and make sure you think as a matter of logic and common sense, you've proposed a good test. I understand, Your Honor. I think that one way to distinguish those parts of the statute is looking at causation. I want an example of a situation where lawful authority narrows the statute during and in relation to. Well, for example... If you can't give me one, then you've left us rudderless. Well, Your Honor, the Sixth Circuit, I believe, has said, and other circuits have said, that if the name... Let's say you're using someone's name, and you're just putting someone's name on a form. There was a case about church officers, and if you're putting the name on the form to say that these officers have given me authority to take an action on behalf of the church, and that they're just listing those officers' names, that that did not meet the threshold for without lawful authority. And the courts said that, in that case, I believe that that was more incidental to the fraud. So one way to look at it is, does the use of their means of identification further or facilitate the fraud? Does it advance the ball, in a sense? It's not just any time a name or date of birth is used. And if we look at this case, using these children's names and Social Security numbers, which also is particularly sensitive, that was integral to the fraud. Only because of what the IRS requires for an accepted form. Well, that's how he can execute the fraud. The only way he can execute the fraud... Well, he could have put in the names, and probably half the IRS auditors would have missed the missing Social Security number. There was testimony at trial, Your Honor, from the IRS, that it's a computerized system in place. And so you have to have a real name... Don't I know that? It screws up my returns annually. And so it says that you have to have a real Social Security number, and it will be bounced back if it's not a true Social Security number. So he had to use real people for those dependents on those returns. And the reason why there was a loss here, or also a substantial gain, but a loss here, was because of all the effects that flow through from having that false name Social Security number. So in this case, the government's position is you can't have a tax fraud without aggravated identity theft. Just think about that and answer the question. I don't want to hear a speech. The way I just heard you describe the tax regime, and your definition of when it's not incidental but it's integral, tells me that the Department of Justice's position is that every tax fraud of this nature is an aggravated identity theft because the return would not be accepted without a Social Security number, whether it's yours, your spouse's, your kid's, or your neighbor's. Well, first of all, Your Honor, Title 26 is actually not one of the enumerated felonies. So in this case, the aggravated identity theft was dependent upon wire fraud. Well, yes, but this particular fraud. So you would have to first meet the elements of wire fraud. The aggravated identity theft does not apply to if he was just charged and convicted of tax fraud. Well, then why shouldn't we be under Title 26? Because the government loves wire fraud. So because you're saying, if we can use wire fraud, I can get around your problem, which is tax fraud can only be committed by a fraudulent tax return must report a real person's Social Security number. There are many instances and permutations of tax fraud and how tax fraud can be committed. No, I just limited that. I just said a tax fraud by a fraudulent tax return. Certainly, the intentional failure to file a return, there are a lot of theories. Sure, there's a multitude of ways you can defraud the Treasury. But a fraudulent tax return is a specific form of tax fraud. And a fraudulent tax return must report, use a Social Security number, or it'll be bounced. But what separates, I think I understand now what Your Honor is saying. In this case, though, the dependents themselves are false. These are not nieces and nephews of the taxpayer. Whereas if what we're looking at is just the taxpayer's name and Social Security number, that itself is- That's a given. Otherwise, it wouldn't be tax fraud. I mean, whether it's a dependent who's just reached majority or it's the kind of non-dependent that we have here, you have to have, for this kind of tax fraud that is a fraudulent claim of a dependency exemption, there has to be, yeah, a person. I mean, there has to be a real Social Security number used with a misrepresentation of something. And the government's position, as I hear you argue, every time that's done, it's aggravated identity theft. Simply because it's used in connection with tax fraud. Your Honor, that is not what I'm advocating for. Well, I know, but that's where I'm hearing- You can't tell me why that's not the case. Your wire fraud depends upon the fraud of the Treasury. There is overlap between the wire fraud and the aggravated identity theft, just like there is between wire fraud and tax fraud. But here you're equating them. Whenever the fraud, and most frauds against the United States government, are the result of a misuse of a document the government requires in which the Social Security number must be reported, and so you have equated, you have made every fraud against the United States in which a Social Security number must be used on the form that was used to defraud equals aggravated identity theft. Respectfully, Your Honor, that's not the government's position, and I don't think that that is the logical- Okay, but that's where your test leads me, literally. That's why I say your test is too darn broad. Well, so for Your Honor, even if we look at the test that Mr. Gatwes proposes, for example, his reliance on BROA. BROA says- Well, his isn't broad enough. It's not the first time we're being left rudderless in the middle. Let me ask you an in-the-middle question. The record's clear that all these alleged dependents were all minors, right? At the time the tax return was filed, at least, yes. So they couldn't even consent, right? Yes, Your Honor. So there's definitely theft. So why is it that easily within RITANA? Because RITANA says it's more than theft, which means it includes theft. Well, Your Honor, there may be an argument that somehow Mr. Well, I guess first of all, Your Honor, we're not going to put the two-year-old on the stand to say whether or not the child consented to have their- Counselor, in most states, a child can't consent to almost anything. You have to go to court to get medical care in some states. Trust me. And, Your Honor, in this case, what the jury was advised was that no one can consent to having their social security number used for an unlawful purpose. And that was what they were advising here in aggravated identity theft. If we're focusing on without lawful authority, that's a different universe that the minor can't consent. There can't be lawful authority to that. We would agree with that, Your Honor. And that is why- And that distinguishes the during in relation to from the without lawful authority. Yes, Your Honor, we would agree with that. Your case is a much easier case even than RITANA. We would agree with that, Your Honor. And I should point out that five of the counts involved children that were Mr. Gatwiss's own. So even if he could somehow arguably have consented to having his children on behalf of his children to have them used, two of those counts were not his own children. He didn't contend it was with lawful authority. His authority to commit the fraud or something like that. That sounds weird. Weird argument. Yes, Your Honor. And I think that essentially what the appellant is trying to do is backdoor in consent here to try and say, well, consent is a defense even though it's not. I mean, because Mr. Gatwiss somehow would have had authority to allow his children to be used on these tax returns. But, of course, he does not. And no child could consent to having their identification used in such a way. And unless there are any further questions from Your Honors, we ask that the court affirm the convictions below. Thank you. Thank you. Mr. Shuler. Thank you, Your Honors. Judge Loken, I was dancing over there in my chair with your questions. You've hit it right on the head. Every fraudulent tax return is aggravated identity theft of the government. And that is a cardinal mistake here. And that's what I've raised through this court. Even if it involves children? Aren't children different? It doesn't matter if they're children or adults. No, it does, too, because it says lawful authority. That's what parenting is all about. It's authority. That's what all these statutes that say children can't consent to things about. It's about lawful authority. Well, let's break lawful authority down. The Sixth Circuit has done so in Lombard. The Fifth Circuit has done so in Mahmoud. I have done so in my briefs. We look at Black's Law Dictionary to the dictionary definitions of without lawful authority. Counsel, you heard of common law. Common law trumps Black's Law Dictionary. Go ahead. Well, we have to be informed as to what this means. I would agree with you. Let's use the common law. Let's use what common sense would tell us use without lawful authority means just as used between us. But you have a specific statute here, unlike Section 924C, that uses the phrase use without lawful authority as a separate element than use during and in relation to a enumerated felony. So we know they can't be the same. We know they have to be different. And if you look at the dictionary definition of use without lawful authority, you come to a definition that I stated in my brief of not having permission to act legally on another's behalf. If you look at on another's behalf, what does on another's behalf mean? It means in the name of someone. If you look at the statute, what is it addressing? Means of identification. What is the purpose of a means of identification? To identify you. If you look at the statute in that context, it prohibits the use of a means of identification from being used in the name of someone else. When there's a separation between that person and their identity, as I've argued, and that can occur when there's theft or when there's assumption. So if you have a fraudulent tax return situation like we have here, if these dependents, if their identities were stolen, it would be aggravated identity theft. Consent doesn't matter. The kids could have consented and given them. Even though they can't come in law. Go ahead. Bad assumption. And in a tax return situation, you can't really assume another's identity. So that's not really part of the equation here. Part of the equation is the theft. The government could have tried to have proven, it wasn't part of the facts here, but in other tax fraud cases they could show that identities were stolen. That happens all the time. It happens in these circuit split cases. The tax fraud filings are made. Your time is up. It's a fascinating question, but I think we've covered the essentials and we have to struggle with the interpretive problem. Thank you, Your Honor. The last thing I would mention is that my brief focus is on the legislative history. No, you're done. You're done. Thank you, Your Honor. Sorry. Thank you, counsel. The case has been thoroughly argued and we'll take it under advisement.